IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

CYNTHIA D'ALFONSO,

      Plaintiff,                    Case No.:

vs.

WAL-MART STORES EAST, LP,

      Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, CYNTHIA D'ALFONSO, by and through her undersigned attorney, and files this Complaint against Defendant, WAL-MART STORES EAST, LP, and in support thereof, will respectfully state unto the Court, the following:

1. This is an action for damages that exceeds the amount of Thirty Thousand Dollars ($30,000.00).

2. That the subject motor vehicle accident, the basis of this lawsuit, occurred on May 13, 2021, in Clearwater, Pinellas County, Florida.

3. Defendant, WAL-MART STORES EAST, LP. was at all times a corporation conducting business in Pinellas County, Florida.

4. On May 13, 2021, Defendant, WAL-MART STORES EAST, LP., was the owner and/or tenant in possession of a building located at 2677 Roosevelt Blvd., in Clearwater, Pinellas County, Florida.

5. On or about May 13, 2021, at the above-described location, the Plaintiff, CYNTHIA D'ALFONSO, was lawfully on the above-described premises owned by the Defendant.

6. At the above-described time and place, while shopping in the store, the Plaintiff, CYNTHIA D'ALFONSO, slipped and fell on a foreign substance, causing her to fall and strike her head on the floor.

7. The Defendant, WAL-MART STORES EAST, LP., its employees or agents, had custody and control of the area where Plaintiff was injured, including, but not limited to, the area where the Plaintiff was shopping and ultimately slipped and fell.

8. The Defendant, WAL-MART STORES EAST, LP., through its agents, servants or employees, either knew, or should have known, of the above condition at the time of the incident and negligently failed to adequately warn the Plaintiff about this dangerous condition, and failed to take reasonably available remedial measures to make the area where the Plaintiff was injured safe.

9. As a result of the Defendant's negligent maintenance of their premises, Plaintiff, CYNTHIA D'ALFONSO, suffered physical injuries, pain and suffering, disability and the inability and loss of the capacity to lead and enjoy a normal life, inconvenience, disfigurement, scarring and mental anguish; and, will continue to suffer same permanently; and, incurred medical expenses in the treatment of those injuries, and will further be required to incur medical expenses for her care and treatment, and in addition, thereto, she has suffered a loss of earnings and/or earning capacity, both in the past and in the future. The injuries are permanent in nature and Plaintiff, CYNTHIA D'ALFONSO, will suffer these losses and this impairment in the future.

WHEREFORE, the Plaintiff, CYNTHIA D'ALFONSO, demands a trial by jury and judgment against Defendant, WAL-MART STORES EAST, LP., for an amount within the jurisdictional limits of this Court, to wit: More than Thirty Thousand ($30,000.00) Dollars plus costs, and such other relief to which the Plaintiff, CYNTHIA D'ALFONSO, may be justly entitled.

/s/ Kenneth W. Mastrilli
KENNETH W. MASTRILLI, ESQ.
THE PAWLOWSKI//MASTRILLI LAW GROUP
1718 East 7th Avenue, Suite 201
Tampa, Florida 33605
(813) 242-4404
Florida Bar #: 0360971
E-mail for service: Litigation@megajustice.com